In the Matter of the Application of Elverton R. Chapman, Doing Business as E. R. Chapman & Company, Respondent, to Examine C. Franklin Nugent, Appellant, in Proceedings Supplementary to Execution upon a Judgment Entitled Melville D. Chapman, Plaintiff, v. C. Franklin Nugent,

Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.